UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-804-1 |
| | § | |
| ALBERTO ALANIZ; aka ALANIZ-CRUZ | § | |

## ORDER OF FORFEITURE AT SENTENCING

Came to be considered the Government's Motion for Order of Forfeiture at Sentencing. The Court having considered the motion, now finds that the Agreed Preliminary Order of Forfeiture imposed against real property and improvements with a legal description of:

A. a 5.00 acre tract of land out of Lot 40-9, WEST ADDITION TO SHARYLAND SUBDIVISION, Hidalgo County, Texas, according to the map recorded in volume 1, Page 46, Map Records in the Office of the County Clerk of Hidalgo County, Texas, reference to which is here made for all purposes, and being more particularly described by metes and bounds as follows, to wit:

COMMENCING at the Northwest corner of Lot 40-9, said point being on the centerline intersection of Mile 5 North Road and Mayberry Road, thence South with and along the centerline of Mayberry Road, a distance of 987.14 feet to a point for the Northwest corner and point of beginning of this description;

THENCE, East a distance of 790.0 feet to a point for the Northeast corner, said point being on the West right of way line of existing irrigation canal;

THENCE, South with and along said West right of way line of existing irrigation canal, a distance of 282.86 feet to a point for the Southeast corner, said point also being the North right of way line of existing irrigation canal;

THENCE, West with and along said North right of way line of existing irrigation canal, a distance of 790.0 feet to a point for the Southwest corner, said point being on the centerline of Mayberry Road;

THENCE, North with and along the centerline of Mayberry Road, a distance of 282.86 feet to a point for the Northwest corner and POINT OF BEGINNING.

is a Final Order of Forfeiture as to Defendant ALBERTO ALANIZ and shall be made part of his sentence and included in his Judgment and Commitment Order.

Following the ancillary phase of all opposed third party claims, including that of San Juanita Alaniz, the Court will enter a final judgment and Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED this 23rd day of March, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge