UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL ACTION NO. |
| ALBERTO ALANIZ; aka ALANIZ-CRUZ | § | 7:13-CR-804-1 |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Jude T. Barreneche, State Bar Number 24040474, Prestonwood Tower, 5151 Belt Line Road, Suite 410, Dallas, Texas 75254, Telephone number (972) 281-0422, Facsimile (972) 812-9408, and email-thad.barreneche@fnf.com, hereby makes his appearance of counsel for Petitioner, T.D. Development Company, L.C.. The undersigned respectfully requests that all notice and communication given or required to be served in this case will be served upon Jude T. Barreneche.

                                                Respectfully submitted,

                                                /s/Jude T. Barreneche
                                                Jude T. Barreneche
                                                Texas State Bar No. 24040474
                                                Fidelity National Law Group
                                                5151 Belt Line Road, Suite 410
                                                Dallas, Texas 75254
                                                Telephone: (972)-281-0422
                                                Facsimile: (972) - 812-9408
                                                Email: thad.barreneche@fnf.com
                                                **ATTORNEY FOR PETITIONER,**
                                                **T.D. DEVELOPMENT COMPANY, L.C.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been sent to all known counsel of record pursuant to the Texas Rules of Civil Procedure on this 12th day of August, 2015, as follows:

Monica Galvan
Librado Vasquez
Attorneys at Law
3525 W. Freddy Gonzalez, Ste. C
Edinburg, Texas 78539
Email:mm_galvan@yahoo.com
Email:Kenolaw@sbcglobal.net

James Sturgis
Office of U.S. Attorney
1701 W. Highway 83
McAllen, Texas 78501
Email:james.sturgis@usdoj.gov

Renata A. Gowie
Office of U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Email:renata.gowie@usdoj.gov

Mary Ellen Smyth
U.S. Attorney's Office
1100 Metamoros, 2nd Floor
Laredo, Texas 78040
Email:Mary.Ellen.Smyth@usdoj.gov

| | |
|---|---|
| U.S. Pretrial Svcs. Mc<br>1701 W. Bus Hwy 83, Suite 1105<br>McAllen, Texas 78501 | Via Regular First Class Mail |
| U.S. Probation-Mc<br>1701 W. Bus Hwy 83, Suite 729<br>McAllen, Texas 78501 | Via Regular First Class Mail |

                                                  /s/Jude T. Barreneche
                                                  Jude T. Barreneche